UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| REGINALD ANTHONY CLEMMONS | : | CASE NUMBER A23-51501-WLH |
| DEBTOR | : | |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on July 12, 2023:**

As to whether the Debtor has provided the 2022 tax return

As to whether the Debtor has provided proof of income for May and June

**The Attorney for the Trustee has reviewed the case as instructed and:**

The Trustee Recommends Dismissal because:

The Debtor has failed to provide proof of income for May and June

*Please enter an Order of Dismissal.*

This the 11th day of August, 2023.


/s/_____
Maria C. Joyner,
Attorney for Chapter 13 Trustee
GA Bar No. 118350
303 Peachtree Center Ave, NE
Suite 120
Atlanta, Georgia 30303
/scw                      (678) 992-1201
mjoyner@njwtrustee.com

**CERTIFICATE OF SERVICE**

Case No: A23-51501-WLH

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report Requesting Dismissal to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

REGINALD ANTHONY CLEMMONS
3379 FLAT SHOALS RD.
APT L2
DECATUR, GA  30034

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

CLARK & WASHINGTON, P.C.

This the 11th day of August, 2023.

/s/_____
   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201